468 A.2d 844

Barletta v. Barletta, Appellant.

Petition for Allowance of Appeal
Granted March 19, 1984.

Argued September 21, 1983. Pasco L. Schiavo, for appellant; Richard M. Goldberg, for appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order affirmed.

CERCONE, J., concurred in the result.